UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

DECADES, LLC, as Court appointed Guardian
and Conservator of SHARON VANWAGNER,

      Plaintiff,

v.                                         Civ. No. 16-602 JCH/GJF

SANDOVAL COUNTY BOARD
OF COMMISSIONERS, et al.,

      Defendants.

## ORDER EXTENDING TIME FOR SERVICE

THIS MATTER comes before the Court on Plaintiff's "Motion to Extend Time for Service on Defendants" ("Motion") [ECF No. 20]. Having reviewed the Motion and the record, and noting the concurrence of the parties, the Court finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED** that Plaintiff be allowed an additional four weeks, from the entry of this Order, to serve Defendants Mary Zold and Audrey Siegal.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE